## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## WICHITA DIVISION

| | |
|---|---|
| JALESA HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 6:17-cv-1145 |
| | ) |
| NATIONAL CREDIT ADJUSTERS, LLC, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S COMPLAINT

Plaintiff, JALESA HILL ("Plaintiff"), through her attorney, Molner Merrigan, LC, alleges the following against Defendant, NATIONAL CREDIT ADJUSTERS, LLC ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367, and 15 U.S.C. §1692k (FDCPA).

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Venue and personal jurisdiction in this District are proper because Defendant does or transacts business within this District, and a material portion of the events at issue occurred in this District.

## PARTIES

5. Plaintiff is a natural person residing in Hattiesburg, Mississippi.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3).

7. Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6).

9. Within the last year, Defendant attempted to collect a consumer debt from Plaintiff.

10. Defendant is a collection agency headquartered in Hutchinson, Reno County, Kansas.

11. Defendant is a business entity engaged in the collection of debt within the State of Kansas.

12. The principal purpose of Defendant's business is the collection of debts allegedly owed to third parties.

13. Defendant regularly collects, or attempts to collect, debts allegedly owed to third parties.

14. During the course of its attempts to collect debts allegedly owed to third parties, Defendant sends to alleged debtors bills, statements, and/or other correspondence, via the mail and/or electronic mail, and initiates contact with alleged debtors via various means of telecommunication, such as by telephone and facsimile.

15. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

16. Defendant is attempting to collect an alleged consumer debt from Plaintiff, originating from a Kay Jewelers account, which Plaintiff does not owe.

17. The alleged debt owed arises from transactions for personal, family, and household purposes.

18. In or around May, 2017, Defendant began placing collection calls to Plaintiff on Plaintiff's

cellular telephone ending in 6600.

19. Defendant calls Plaintiff from 769-235-2209, which is one of Defendant's telephone numbers.

20. On more than one occasion, Plaintiff has answered Defendant's collection calls and spoken with one of Defendant's collectors.

21. On more than one occasion, Plaintiff has informed Defendant that the alleged debt had already been paid, and requested Defendant stop calling her.

22. Despite Plaintiff's multiple disputes and requests, Defendant continued to place collection calls to Plaintiff's cellular telephone.

**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

23. Defendant violated the FDCPA based on the following:

    a. Defendant violated § 1692d of the FDCPA by engaging in conduct that the natural consequence of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt when Defendant continued to place collection calls to Plaintiff after Plaintiff disputed the debt and requested Defendant stop calling her; and

    b. Defendant violated § 1692d(5) of the FDCPA by causing the telephone to ring repeatedly or continuously with intent to annoy, abuse, or harass any person when Defendant continued to place collection calls to Plaintiff after Plaintiff disputed the debt and requested Defendant stop calling her.

WHEREFORE, Plaintiff, JALESA HILL, respectfully requests judgment be entered against Defendant, NATIONAL CREDIT ADJUSTERS, LLC, for the following:

24. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

25. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k, and

26. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED: June 20, 2017       By: /s/ Mark D. Molner_____
                                                               Mark D. Molner, Esq.
                                                               SBN 24493
                                                               Molner/Merrigan, LC
                                                               111 W 10th Street
                                                               Kansas City, MO 64105
                                                               T (816) 200-2572
                                                               F (816) 326-0930
                                                               mark@molnermerrigan.com