**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**WICHITA DIVISION**

| | |
|---|---|
| JALESA HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 6:17-cv-01145-EFM-GEB |
| ) | |
| NATIONAL CREDIT ADJUSTERS, LLC, ) | |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, NATIONAL CREDIT ADJUSTERS, LLC**

Before the Court is Plaintiff's Request for the Clerk's Entry of Default against Defendant, NATIONAL CREDIT ADJUSTERS, LLC. Mark D. Molner is an attorney in good standing with the District of Kansas.

Upon consideration, and after due deliberation and sufficient cause appearing therefore, it is **ORDERED** that Plaintiff's Request is **GRANTED** and Defendant is held in Default.

Dated:  July 20, 2017

 s/  Cindy McKee
Clerk of Court, United States District Court
for the District of Kansas

1