# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
### WICHITA DIVISION

JALESA HILL,                                )
                                            )
      Plaintiff,                            )
                                            )
      v.                                    )          No. 6:17-CV-01145-EFM-GEB
                                            )
NATIONAL CREDIT ADJUSTERS, LLC,             )
                                            )
      Defendants.                           )

## NOTICE OF SETTLEMENT

Plaintiff, JALESA HILL, ("Plaintiff"), through her attorney, Molner/Merrigan, LC,

informs this Honorable Court that the Parties have reached a settlement in this case.  Plaintiff

anticipates dismissing this case, with prejudice, within 30 days.


RESPECTFULLY SUBMITTED,


DATED: September 8, 2017          By: /s/ Mark D. Molner_____
                                            Mark D. Molner, Esq.
                                            SBN 24493
                                            Molner/Merrigan, LC
                                            111 W 10th Street
                                            Kansas City, MO 64105
                                            T (816) 200-2572
                                            F (816) 326-0930
                                            mark@molnermerrigan.com

## <u>CERTIFICATE OF SERVICE</u>

On September 8, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Nick Moore, at NMoore@ncaks.com.

By: /s/ Mark D. Molner_____

Mark D. Molner, Esq.